AUSA: Leslie Arffa

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

FANGQIN LIU,

Defendant.

## 26 MAG 1764

**COMPLAINT**

Violation of 18 U.S.C. § 1361

COUNTY OF OFFENSE:
NEW YORK

SOUTHERN DISTRICT OF NEW YORK, ss.:

ROBERT BEHAN, being duly sworn, deposes and says that he is a Special Agent with the Federal Protective Service ("FPS"), and charges as follows:

### COUNT ONE
### (Damage to Government Property)

1.      On or about April 16, 2026, in the Southern District of New York and elsewhere, FANGQIN LIU, the defendant, willfully injured and committed a depredation against property of the United States, and of any department or agency thereof, and of property which has been manufactured and constructed for the United States, and any department or agency thereof, and attempted to commit the foregoing offenses, and the damage or attempted damage to such property exceeded the sum of $1,000, to wit, LIU damaged a glass display case at the Daniel Patrick Moynihan United States Courthouse in New York, New York, causing more than $1,000 in damage.

(Title 18, United States Code, Section 1361)

The bases for my knowledge and for the foregoing charge are, in part, as follows:

2.      I am a Special Agent with the FPS and have been personally involved in the investigation of this matter. This complaint is based on my participation in the investigation, as well as my conversations with other law enforcement agents and other individuals, my examination of reports and records, photographs, and surveillance footage, and my training and experience. Because this complaint is being submitted for the limited purpose of demonstrating probable cause, it does not include all the facts that I have learned during the course of my investigation. Where the contents of documents and the actions, statements, and conversations of others are reported herein, they are reported in substance and in part, except where otherwise indicated.

**The Defendant's Destruction of Government Property**

3.      Based on my participation in this investigation, my review of law enforcement reports and records, and video surveillance, as well as my conversations with other law enforcement officers, I have learned among other things, the following:

a.  On or about April 16, 2026, between approximately 8:30 a.m. and 8:45 a.m., a Court Security Officer (the "CSO") posted within the Daniel Patrick Moynihan United States Courthouse at 500 Pearl Street, New York, New York (the "Courthouse") heard a loud bang originating from one of the courthouse gallery rooms, Gallery Room 105.  Gallery Room 105 contains a historical exhibition (the "Exhibition") concerning the Courthouse's namesake, former Senator Daniel Patrick Moynihan.

b.  When the CSO arrived in Gallery Room 105, shortly after hearing the noise, he discovered that part of the Exhibition, a glass display table case (the "Display Case"), had been broken and turned over onto its side on the floor.  The damaged Display Case measures approximately 36 inches wide, 24 inches deep, and 40 inches high.  The Display Case consists of an aluminum frame, safety glass, a 10-inch viewing area, a full glass top, sliding glass access doors, a black panel interior base, and custom fabric-covered acoustical panels. The Display Case was manufactured by SYMA SYSTEM AG, a German specialty company, and was purchased by the United States District Court for the Southern District of New York in 1994.  A photograph taken by law enforcement of the damaged Display Case on April 16, 2026 is shown below (**Image-1**):



(**Image-1**)

2

c. Shortly thereafter, the CSO and others, including members of the United States Marshals Service ("USMS"), reviewed video surveillance footage of the incident that resulted in the broken Display Case. The footage shows an unknown male subject ("Individual-1")—later determined to be FANGQIN LIU, the defendant,—wearing a gray sweatshirt, blue shirt, blue pants and carrying a black backpack, entering the Courthouse, via its 500 Pearl Street entrance, at approximately 8:31 a.m. **(Image-2)**, before proceeding to Gallery Room 105 at approximately 8:32 a.m. **(Image-3)**:



**(Image-2)**



**(Image-3)**

3

d.  Thereafter, at approximately 8:38 a.m., in the area which housed the Exhibition, Individual-1 approached and flipped over the Display Case, causing the glass to shatter.  An image from the video surveillance of Individual-1 flipping the Display Case is pictured below (**Image-4**), as well as a zoomed-in image of the same (**Image-5**):



**(Image-4)**



**(Image-5)**

e. Almost immediately thereafter, Individual-1 exited the Courthouse the rear lobby of the 500 Pearl Street entrance **(Image-6)**:



**(Image-6)**

f. Members of the USMS and FPS also interviewed an employee of the courthouse vending store ("Witness-1"), which is located near Gallery Room 105 and from which the Display Case is visible. Witness-1 stated, in sum and substance, that Witness-1 was inside the store when she heard a loud bang coming from Gallery Room 105 between approximately 8:30 a.m. and 8:45 a.m. on or about April 16, 2026, *i.e.*, at approximately the same time the CSO heard the same, *see supra* ¶ 3(a). After hearing the bang, Witness-1 observed an unknown male—referenced above as Individual-1 and ultimately identified as FANGQIN LIU, the defendant—walking away from Gallery Room 105. Law enforcement showed Witness-1 a still image from the surveillance footage shown above, and Witness-1 identified the individual in the surveillance footage as the same individual she observed leaving Gallery Room 105 following the banging incident.

## Identification of Individual-1 As LIU

4. Based on my participation in this investigation, my review of law enforcement reports and records, and video surveillance, as well as my conversations with other law enforcement officers, I have learned among other things, the following:

a. After the April 16, 2026 incident, USMS issued a "Be On the Lookout" ("BOLO") for Individual-1. A BOLO informs law enforcement of the existence of fugitives, suspects or missing persons, and provides physical descriptions and/or photographs of those persons. USMS also distributed photographs of Individual-1 to members of FPS and other members of Courthouse security.

b. On or about May 7, 2026, at approximately 12:00 p.m. an individual matching the photographs of Individual-1 provided to FPS attempted to enter the Courthouse. Indeed, when he

5

attempted to enter the Courthouse, the individual was wearing substantially the same clothing as Individual-1 was wearing on April 16, 2026, when he destroyed the Display Case.

      c. A member of Courthouse security recognized Individual-1 from the photograph of Individual-1 from the BOLO, and Individual-1 was detained by members of Courthouse security.

      d. Following his arrest, Individual-1 provided to members of Courthouse security a New York state license identifying himself as FANGQIN LIU, the defendant. The picture on FANGQIN LIU's license matched the images of Individual-1 captured on surveillance footage.

      e. Based on my review of the video surveillance from on or about April 16, 2026, described above, as well as my observations of Individual-1 following his arrest on or about May 7, 2026, I believe that Individual-1 is LIU.

### Cost of the Damage to Government Property

5.     As mentioned in Paragraph 3(b), *supra*, the Display Case was manufactured by SYMA SYSTEM AG, a German specialty company, and was purchased by the Southern District of New York in 1994. Based on law enforcement conversations with members of the Southern District of New York Office of the District Executive, it is my understanding that while the display case is impossible to entirely replace given its historic pedigree, a comparable custom display case with similar features would cost approximately $2,200.

      WHEREFORE, I respectfully request that a warrant be issued for the arrest of FANGQIN LIU, the defendant, and that he be arrested, and imprisoned or bailed, as the case may be.

*Robert Behan (by VF with permission)*

Robert Behan
Special Agent
Federal Protective Service

Sworn to me this 8 day of May, 2026.

THE HONORABLE VALERIE FIGUEREDO
United States Magistrate Judge
Southern District of New York