**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
**UNITED STATE OF AMERICA,**

|  |  |
|---|---|
| **Plaintiff,** | **26-MAG-1764 (VF)** |
| -against- | **ORDER** |
| **FANGQIN LIU,** | |
| **Defendant.** | |

------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

On June 8, 2026, defense counsel filed an update with the Court, outlining Defendant's compliance with the conditions of his pretrial release. See ECF No. 9. That same day, Defendant's Pretrial Services Officer sent the Court an e-mail, providing additional context to defense counsel's letter. The e-mail the Court received is attached as Exhibit A. Although defense counsel's letter made it appear as if Defendant had attended an initial psychiatric evaluation with Dr. Aoun on May 26, 2026, without incident, it appears from the update provided by Pretrial Services that an assessment could not be completed because Defendant refused to cooperate with the assessment. Defense counsel also omitted that Defendant had been scheduled for an appointment the same week as his initial intake appointment but did not appear for that second appointment.

It is the Court's understanding that Defendant is awaiting an alternate date for the psychiatric assessment. Defense counsel is hereby directed to provide the Court with a status update by June 19, 2026. Defendant is hereby informed that he is required, as a condition of his pretrial release, to cooperate with the psychiatric evaluation, and the failure to appear for the evaluation or cooperate with the psychiatrist may result in Defendant being deemed to be in violation of the conditions of his pretrial release.

**SO ORDERED.**

DATED:      New York, New York
                  June 8, 2026

_____
VALERIE FIGUEREDO
United States Magistrate Judge

Exhibit A

**From:** Viosanny Harrison <Viosanny_Harrison@nyspt.uscourts.gov>
**Sent:** Monday, June 8, 2026 12:33 PM
**To:** Figueredo NYSD Chambers <FigueredoNYSDChambers@nysd.uscourts.gov>
**Subject:** RE: U.S. v. Fangqin Liu, 26 Mag. 1764 (UA) Status Update

Good afternoon,

I just wanted to provide your honor with a little more context to Marne's letter.  Although Mr. Liu kept his initial intake appointment with Empire Forensic, the psychiatrist was unable to complete the assessment.  Mr. Liu was both too symptomatic and distrusting of him and refused to cooperate with the assessment after some time.

He was rescheduled for later that week and did not show up.  Mr. Liu has maintained that he is refusing to meet with any doctors, as he is not mentally ill. We are pending an alternate date for the assessment; however, the psychiatrist is out for another week.  If he does not keep the new appointment after it is schedule, I will be requesting court intervention.

Please let me know if you have any questions or need additional information.

Thank you,



 **U.S Pretrial Services**
**Intensive Supervision Specialist**
**Treatment Services**
300 Quarropas Street
White Plains, NY Y10601
Cell Phone: 347 219 9670
Desk Phone 914 390 4143